**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7458**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAINSWORTH MARCELLUS HALL, a/k/a Unique,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CR-93-162)

---

Submitted:  January 31, 2002          Decided:  February 6, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Wainsworth Marcellus Hall, Appellant Pro Se.  Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wainsworth M. Hall seeks to appeal the district court's order construing his motion as a motion challenging his sentence pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001), and dismissing it as a second or successive motion lacking authorization from this court, as required by § 2255. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hall, No. CR-93-162 (E.D. Va. filed June 29, 2001 & entered June 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2